USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 4/26/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

NIGEL VINCENT BROWN,

Plaintiff,

-against-

POLICE OFFICER J. FALCONE #22, POLICE OFFICER MAGISTRO #80, POLICE OFFICER BADNER #47 and POLICE OFFICER MATTHEW AUBE #93,

Defendants.

-----------------------------------------------------------X

10 **CIVIL** 3705 (MEA)(PED)

**JUDGMENT**

The issues in the above-entitled action having been brought on for trial before the Honorable Marvin E. Aspen, United States District Judge, sitting by designation, and a jury on April 23, 2012, and at the conclusion of the trial on April 25, 2012, the jury having returned a verdict in favor of the defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
April __, 2012

**SO ORDERED**

-------------------------------
**USDJ**

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** __________

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ________

# Extract of Minutes

**United States District Court**
**Southern District of New York**

--------------------------------------------------- x

BROWN

**V.**

Magistro

--------------------------------------------------- x

10cv 3705 (MEA)
**Docket #**

Hon. Marvin E. Aspen
**Judge**

( full title of case required, use other side if necessary)

**Appearences :** ( PLEASE INCLUDE FIRM NAME & TELEPHONE NUMBER)

**Plaintiff :** Ivan R. Novich 1 Newark center 8th Fl.
Newark NJ 07102
(973) 848 - 4705

**Defendant :** David Posner 63 Washington St
Box 509 Poughkeepsie NY 12602
( )

**TRIAL:** (JURY) (NON-JURY) **BEGUN :** 4/23/12
(DATE)

Trial begins ; Contd 4/24/12 ; Jury charge + Deliberations 4/25/12 + verdict. See attached verdict sheet.

**CLERK** Mike McDaniel x 0344

**COURT REPORTER** J. Nocco x0728

Court Ex 3
4/24/12 2:30PM

1. Did defendant David Magistro violate plaintiff's constitutional rights under the Fourth Amendment to be free from excessive force during his arrest on January 5, 2010?

Yes____ No X

If you answered "No" to Question No. 1, stop your deliberations and report your verdict to the court. If you answered "Yes" to Question No. 1, proceed to Question No. 2.

2. Was the excessive force used by defendant David Magistro a proximate cause of plaintiff's injuries?

Yes____ No____

If you answered "No" to either Questions No. 1 or No. 2, stop your deliberations and report your verdict to the court.

If you answered "Yes" to Questions No. 1 and No. 2, proceed to Question No. 3.

3. How much in compensatory damages do you award plaintiff from defendant David Magistro?

$________________

4. Do you award punitive damages against David Magistro? (Do not state an amount).

Yes____ No____

[signature]
Foreperson

Dated: New York, New York
April 25, 2012